In the Matter of STEPHEN M. NEWMAN, a Disbarred Attorney. [29 NYS3d 226]—Order entered striking from the roll of attorneys the name of Stephen M. Newman, pursuant to Judiciary Law § 90 (4) (b). Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Apr. 18, 2016.)